OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFIC!AL P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711 POSTAGE ≫ PITNEY BOWES

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

ZIP 78701
02 1W
0001401623 JUN. 12. 2015

$ 000.27⁵

6/5/2015
BARILLAS, ELVIS STEVE    Tr. Ct. No. F-2009-1638-E WHC 1     WR-83,425-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ELVIS STEVE BARILLAS
LA SALLE DETENTION FACILITY #070618681
830 PINEHILL RD.
JENA, LA 71342

REF

MEBN3B 71342